IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-111-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC LAMONT EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to dismiss for lack of jurisdiction.

The court has reviewed the motion and finds it to be wholly without merit.

Therefore, the motion [DE #51] is DENIED.

This 31st day of October 2011.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26